MYRIAM RAMÍREZ DE FERRER, AGRIPINA IRIZARRY HERNÁNDEZ, RA-FAEL ZAPATA PAGÁN y PUERTORRIQUEÑOS EN ACCIÓN CIUDA-DANA, INC., demandantes y recurrentes, *v.* JUAN R. MELE-CIO en su carácter de PRESIDENTE DE LA COMISIÓN ESTATAL DE ELECCIONES; EUDALDO BÁEZ GALIB, CARLOS CANALS MORA, MANUEL RORDÍGUEZ ORELLANA, RAMÓN BAUZÁ ESCOBALES y OTROS, demandados y recurridos.

Número: RE-91-621          Resuelto: 29 de noviembre de 1991

*Enrique J. Mendoza Méndez* y *José Enrique Mendoza Vidal,* abogados de los recurrentes.

## RESOLUCIÓN

A la Solicitud de Revisión, no ha lugar.

Lo acordó el Tribunal y certifica el señor Secretario

General. Los Jueces Asociados Señores Negrón García y Rebollo López disienten por razón de los fundamentos contenidos en la opiniones disidentes que emitieron en el caso MC-91-70, *Gierbolini Rodríguez v. Gobernador*, 129 D.P.R. 402 (1991). El Juez Asociado Señor Alonso Alonso no intervino.

(*Fdo.*) Francisco R. Agrait Lladó
*Secretario General*